**Dismiss and Opinion Filed April 22, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00240-CV

## KING AEROSPACE COMMERCIAL CORPORATION, INC., Appellant
## V.
## OHIO RESOURCES, LLC, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-02740**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Reichek
Opinion by Justice Pedersen, III

Before the Court is parties' Joint Motion to Dismiss Appeal with Prejudice,

filed April 15, 2022 (Motion). The Motion provides:

> Appellant and Appellee have finalized an agreement to resolve the
> dispute between them. The terms of the agreement included provisions
> that each party would bear their own costs, and that the parties would
> submit dismissal papers in this appeal to effectuate its dismissal with
> prejudice.

Accordingly, we grant the Motion and dismiss the appeal with prejudice. *See* TEX.

R. APP. P. 42.1(a)(1).



210240f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KING AEROSPACE
COMMERCIAL CORPORATION,
INC., Appellant

No. 05-21-00240-CV        V.

OHIO RESOURCES, LLC, Appellee

On Appeal from the 116th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-02740.
Opinion delivered by Justice
Pedersen, III. Justices Osborne and
Reichek participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 22nd day of April, 2022.